IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEE RAE MOORE                                                              PLAINTIFF

v.                              No. 4:12-cv-41-DPM

STATE OF ARKANSAS; MIKE
BEEBE, Governor; and JOHN
DOE, Mayor of Arkansas                                                     DEFENDANTS

JUDGMENT

Moore's complaint, *Document No. 2*, is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 February 2012